UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TIMOTHY HUANG,<br><br>                            Plaintiff,<br><br>-against-<br><br>WEI CHEN a/k/a YEJUN HE, WCH SYNERGY INVESTMENTS, LLC, and MIAMI DOLAR SHOP, LLC,<br><br>                            Defendants. | Case No.: 22-cv-60354-WPD |

**ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE [DE 92]; GRANTING PLAINTIFF'S RULE 37(b)(2)(A)(vi) MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT CHEN [DE 84]**

      THIS CAUSE is before the Court upon Plaintiff Timothy Huang's Rule 37(b)(2)(A)(vi) Motion for Default Judgment Against Defendant Chen [DE 84] and the September 14, 2023 Report and Recommendation to District Judge, entered by Magistrate Judge Alicia O. Valle (the "Report") [DE 92]. The Court notes that no objections to the Report [DE 92] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 92] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

      Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 92] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 92] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Rule 37(b)(2)(A)(vi) Motion for Default Judgment Against Defendant Chen [DE 84] is hereby **GRANTED.**

3. Defendant Wei Chen a/k/a Yejun He is hereby **ORDERED** to pay Plaintiff his attorney's fees in the amount of $1,875 in connection with Plaintiff's Motion [DE 84].

4. The Court shall separately enter a Final Judgment against Defendant Wei Chen a/k/a Yejun He, and in favor of Plaintiff, in the amount of $575,000 in liquidated damages and $1,875 in attorney's fees, both of which will accrue interest at the statutory rate.

5. The Clerk is **DIRECTED** to mail a copy of this Order to Defendants at the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of September, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record

Wei Chen
21200 NE 38th Avenue
Suite 2805
Aventura, FL 33180

WCH Synergy Investments, LLC
124 SE 1st Street
Unit 116
Fort Lauderdale, FL 33301

Miami Dolar Shop, LLC
801 Brickell Bay Drive
Unit 4CL41B
Miami, FL 33131